# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### ROCKHILL DIVISION

| | |
|---|---|
| Fred Goins Jr., | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 0:14-cv-03677-TLW |
| ; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: November 20, 2014

Respectfully submitted,

By   /s/ Brian J. Headley
Brian J. Headley, Esquire
District of South Carolina Bar ID No. 11427
The Headley Law Firm
1156 Bowman Rd., Suite 200
Mount Pleasant, SC  29464
Telephone: (843) 375-6181
Facsimile: (843) 375-6185
bjheadley@yahoo.com
bheadley@lemberglaw.com

*Of Counsel to*
Lemberg Law, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (888) 953-6237

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 20, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of South Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                  By  /s/ Brian J. Headley
                                          Brian J. Headley, Esq.