**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ROCK HILL DIVISION**

|  |  |
|---|---|
| Fred Goins Jr., | : |
|  | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 0:14-cv-03677-TLW |
|  | : |
| Verizon Wireless; and DOES 1-10, inclusive, | : |
|  | : |
| Defendants. | : |
|  | : |
|  | : |

## <u>JOINT STIPULATION OF DISMISSAL</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Fred Goins Jr., and Defendant ("Verizon Wireless"), hereby jointly stipulate to the dismissal of Plaintiff's claims against Verizon Wireless with each side to bear its own fees and costs.

Dated: December 30, 2014

Respectfully submitted,

Fred Goins Jr.                                    Verizon Wireless
   /s/ Brian J. Headley                          /s/*T. Richmond McPherson, III*
Brian J. Headley, Esquire                 T. Richmond McPherson, III
District of South Carolina Bar ID No. 11427   S.C. Bar No. 80432
The Headley Law Firm                       Federal Court Bar No. 11214
1156 Bowman Rd., Suite 200            McGuireWoods LLP
Mount Pleasant, SC  29464              201 North Tryon Street, Suite 3000
Telephone: (843) 375-6181             Charlotte, NC 28202-4011
Facsimile: (843) 375-6185              Tel (704) 343-2000
bjheadley@yahoo.com                     Fax (704) 343-2300
bheadley@lemberglaw.com             rmcpherson@mcguirewoods.com
                                                     Attorneys for Defendant Cellco Partnership
                                                     d/b/a Verizon Wireless (erroneously sued as
*Of Counsel to*                               "Verizon Wireless")
Lemberg Law, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905

Telephone: (203) 653-2250
Facsimile: (888) 953-6237
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on December 30, 2014, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the District of South Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By   /s/ Brian J. Headley      
          Brian J. Headley, Esq.